**Dismiss and Opinion Filed August 24, 2021**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-00236-CV**

**PAMBULA ALLISON, Appellant**

**V.**

**HPA TEXAS SUB 2018-1 LLC, Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-01026-2021**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Carlyle

When appellant failed to request and pay or make arrangements to pay for the reporter's record, we ordered the appeal submitted without a reporter's record and appellant's brief due by August 1, 2021. When no brief was filed, we notified appellant by postcard dated August 4, 2021, directing her to file her brief and a motion for an extension of time by August 14, 2021. We cautioned appellant that the failure to file a brief by that date would result in the dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the

status of this appeal. Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

210236f.p05

/Cory L. Carlyle//
CORY L. CARLYLE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PAMBULA ALLISON, Appellant

No. 05-21-00236-CV    V.

HPA TEXAS SUB 2018-1 LLC,
Appellee

On Appeal from the County Court at
Law No. 1, Collin County, Texas
Trial Court Cause No. 001-01026-
2021.
Opinion delivered by Justice Carlyle.
Justices Schenck and Reichek
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 24th day of August, 2021.